JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Daniel Martin*

STEVEN B. WOLFSON, ESQ.
District Attorney, State Bar No. 1565
**CIVIL DIVISION**
By: SCOTT R. DAVIS, ESQ. and
By: JEFFREY S. ROGAN
Deputy District Attorney, State Bar No. 10019
500 South Grand Central Pkwy., Suite 5075
Las Vegas NV 89155-2215
702-455-4761 ph./ 702-382-5178 fax
*Attorneys for Defendants Clark County,*
*John Martin, and Marcus McAnally*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| DANIEL MARTIN, | Case No.: 2:19-cv-01623-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 48)** |
| CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; MARCUS McANALLY in his official and/or individual capacities; DOES I-X. | |
| Defendants. | **[SECOND REQUEST]** |
| AND RELATED COUNTERCLAIM | |

**STIPULATION**

Defendant/Counterclaimant Clark County and Defendants John Martin, and Marcus McAnally (collectively herein "Defendants") and Plaintiff/Counter-defendant Daniel Martin ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend the deadline

1

for Plaintiff to respond to Defendants' Motion for Summary Judgment (ECF No. 48) from Monday, March 8, 2021 through and including Friday March 12, 2021.  All other dates in the first extended briefing schedule (ECF No. 53) will remain the same.  The parties represent to the court as follows:

1. The day after submitting the first extended briefing schedule which the court approved (ECF No. 53) Plaintiff's counsel's 88 year old mother had a medical emergency that has taken his time and attention to address and this has interfered with his ability to complete the briefing on the opposition to the Defendants' Motion for Summary Judgment.  This is not the only work that has been delayed as Plaintiff's counsel also had to file an unopposed motion to extend time on a reply brief that was due to the Ninth Circuit Court of Appeals on Friday, March 5, 2021.

2. Additionally, Plaintiff's counsel is continuing to coordinate the collection of declarations in support of the opposition.  Plaintiff will not be able to review his declaration until at least Tuesday, March 9, 2021 due to work and family care responsibilities.  Other witnesses are either reviewing their declarations or are awaiting drafts from Plaintiff's counsel.

3. The parties do not think that this extension will cause any delays in the rest of the briefing schedule.

///

///

///

///

This stipulation is entered in good faith and not for purposes of undue delay. Given the continuing difficulties with the COVID-19 pandemic the above schedule will not pose any undue delay in scheduling a trial or further proceedings in the case.

Respectfully submitted,

Dated this 8th day of March, 2021,    Dated this 8th day of March, 2021,

/s/James P. Kemp                          /s/Scott R. Davis
JAMES P. KEMP, ESQ.                   SCOTT R. DAVIS, ESQ.
Nevada Bar No: 6375                    Nevada Bar No.: 10019
KEMP & KEMP                            CLARK COUNTY DISTRICT ATTORNEY'S OFFICE
*Attorneys for Plaintiff*                  *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2021