FILED

MAR 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL MARTIN, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CLARK COUNTY; et al., <br><br> Defendants-Appellees. | No. 22-15094 <br><br> D.C. No. 2:19-cv-01623-APG-DJA <br> District of Nevada, Las Vegas <br><br> ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 7) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7

LCC/MOATT