STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Phone (702) 455-4761
Fax (702) 382-5178
Jeffrey.Rogan@ClarkCountyDA.com
Attorneys for Defendants *Clark County John Martin* and *Marcus McAnally*

JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
Attorneys for Plaintiff Daniel Martin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL MARTIN, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision of the State of Nevada, JOHN MARTIN in his official and/or individual capacities; MARCUS McANALLY, in his official and/or individual capacities, <br><br> Defendants. | Case No: 2:19-cv-01623-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OF PARTIES' MOTIONS FOR SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |
| CLARK COUNTY, <br><br> Counterclaimant, <br><br> vs. <br><br> DANIEL MARTIN, <br><br> Counterdefendant. | |

## STIPULATION

Defendant/Counterclaimant Clark County and Defendants John Martin, and Marcus McAnally (collectively herein "Defendants") and Plaintiff/Counter-defendant Daniel Martin ("Plaintiff') (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the deadline for the filing of the Parties' *Motions for Summary Judgment* from May 4, 2022, to May 25, 2022. The parties represent that:

1. At the status conference held on March 22, 2022, the Parties and the Court acknowledged that the deadline to file the *Motions* may be extended by stipulation; and,

2. The Parties' respective schedules and obligations necessitate a brief extension of time; and,

3. This stipulation is entered in good faith and not for purposes of undue delay.

Dated: May 2, 2022                    Dated: May 2, 2022

Respectfully submitted,               Respectfully submitted,

*/s/ James P. Kemp*                   */s/ Jeffrey S. Rogan*
JAMES P. KEMP, ESQ.                   JEFFREY S. ROGAN,
KEMP & KEMP                           DEPUTY DISTRICT ATTORNEY

Attorneys for Plaintiff               Attorneys for Defendants
DANIEL MARTIN                         CLARK COUNTY, MARCUS McANALLY, and
                                      JOHN MARTIN

## ORDER

IT IS SO ORDERED.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2022